**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHAKOUR A. BROWN, | : | Civil No. 1:25-cv-458 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| C.O. SWARTZ, *et al.*, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 6th day of August, 2026, upon consideration of Defendants' motion (Doc. 62) to dismiss the complaint in part, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 62) is **GRANTED** in part and **DENIED** in part.

2. The motion is **GRANTED** as to the official capacity claims for monetary damages against the moving DOC Defendants; the Fourteenth Amendment substantive due process claim; and the state tort claims of intentional infliction of emotional distress and assault and battery based on sovereign immunity. These claims are **DISMISSED with prejudice**.

3. The motion is **GRANTED** as to the excessive force claim against Defendants Little, Harry, Benning, Grice, and Ardery; the Eighth Amendment inadequate medical care claim against Defendants Harry, Little, Benning, Grice, Ardery, Boal, and Swartz; and the conspiracy claim. These claims are **DISMISSED without prejudice** and with leave to amend. Within 20 days of the date of this Order, Plaintiff may file an amended complaint only with respect to the excessive force claim against Defendants Little, Harry, Benning, Grice, and Ardery; the Eighth Amendment inadequate medical care claim against Defendants Harry, Little, Benning, Grice, Ardery, Boal, and Swartz; and the conspiracy claim. If Plaintiff chooses to file an amended complaint,

Defendants shall file a response to the amended complaint within 21 days of the date of its filing on the docket.

4. The motion is **DENIED** as to the excessive force claim against Defendant Boal; and the failure to train and supervisory liability claims against Defendants Harry and Little.

5. The Rule 12(f) motion to strike is **DENIED**.

6. The motion to strike or dismiss the amended complaint for violation of Rule 10(b) is **DENIED**.

7. Discovery shall be completed on or before October 5, 2026. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the Court.

8. On or before October 20, 2026, the parties shall **NOTIFY** the Court of whether they are amenable to mediation.

9. On or before October 20, 2026, the parties shall **NOTIFY** the Court of their willingness to consent to the jurisdiction of a United States Magistrate Judge. *See* 28 U.S.C. § 636(c).

10. Dispositive motions shall be filed on or before November 4, 2026.

11. No extensions of the pre-trial schedule shall be granted absent good cause. *See* FED. R. CIV. P. 16(b).

12. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of court, shall be stricken from the record.

13. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

14. Any appeal from this Order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge